PRESENT:
HONORABLE  STANLEY R. CHESLER

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>---------------------------------------------------------X<br>UNITED STATES OF AMERICA,<br><br>-against-<br><br>SCOTT RIKER,<br>                                    Defendant.<br>---------------------------------------------------------X | Case No. 09-cr-00788<br><br>**ORDER** |

## ORDER TO ADVANCE SURRENDER DATE

**WHEREAS** the defendant was sentenced before this Court on May 3, 2010;

**WHEREAS** the defendant remains at liberty pending designation by the Bureau of Prisons;

**IT IS HEREBY ORDERED** that the defendant surrender to the United States Marshal's Office in Newark, New Jersey today, May 20, 2010.

DATED:   May 20, 2010
         Newark, New Jersey

**SO ORDERED.**

s/ STANLEY R. CHESLER