James S. Friedman, Esq. (JF 9188)
James S. Friedman, LLC
50 Park Place, Suite 1400
Post Office Box 32009
Newark, New Jersey 07102
Telephone - (973) 735-5277
jfriedlaw@optonline.net
Counsel to Defendant,
Mr. Scott Riker

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| United States of America, | : | Crim. No. 09-00788-001 |
| Plaintiff, | : | |
| vs. | : | **Consent Order** |
| | : | **Directing Turnover** |
| Mr. Scott Riker, | : | **of Defendant's Records** |
| | : | **from Human Growth Center** |
| Defendant. | : | |

This matter having been brought before the Court by Mr. Scott Riker, the defendant herein ("Riker"), by and through his counsel, James S. Friedman, LLC (James S. Friedman, Esq., appearing); and in the presence of A.U.S.A. Lorraine Gerson and Ms. Denise Morales, U.S. Probation Officer; and the Court having learned that Riker is currently undergoing treatment, counseling and/or therapy at the Human Growth Center in Clifton, New Jersey ("Human Growth"), pursuant to the terms and conditions of his supervised release; and Riker's counsel having demonstrated a need for any and all records, reports and/or evaluations

concerning, related to or generated in connection with Riker's treatment, counseling and/or therapy at Human Growth; and for good cause shown:

It is on this 15 day of January, 2013;

Ordered that Human Growth be, and is hereby, ordered to turn over to Riker's counsel true and accurate copies of any and all records, reports and/or evaluations concerning, related to, or generated in connection with, the treatment, counseling and/or therapy that Riker has received, and/or continues to receive at Human Growth, within 15 days of the date of this Order.

_____
Hon. Stanley R. Chessler, U.S.D.J.